UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CHITARRA CARMICHAEL HERRING, )
        Plaintiff, )
 )
v. )
 )
CAROLYN W. COLVIN, Acting Commissioner of )
Social Security, )
        Defendant. )

**JUDGMENT IN A CIVIL CASE**

**CASE NO. 5:14-CV-194-D**

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant pay Plaintiff $4,300.00 in attorney's fees in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made payable to Plaintiff, and mailed to Plaintiffs counsel.

**This Judgment Filed and Entered on February 12, 2016, and Copies To:**

| | |
|---|---|
| Daniel R. Lauffer | (via CM/ECF Notice of Electronic Filing) |
| Leo R. Montenegro | (via CM/ECF Notice of Electronic Filing) |

DATE:                                JULIE RICHARDS JOHNSTON, CLERK

February 12, 2016             (By) /s/ Nicole Briggeman
                                             Deputy Clerk